EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Arlene Zambrana Ortiz | 2017 TSPR 151<br><br>198 DPR ____ |
| --- | --- |

Número del Caso: TS-7570


Fecha:     8 de agosto de 2017


Abogado de la parte peticionaria:

        Por derecho propio


Materia: Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                |           |  |
|-----------------------|-----------|--|
|                       | TS-7570   |  |
| Arlene Zambrana Ortiz |           |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de agosto de 2017.

Luego de examinar la *Moción Informativa y Acreditación de Cursos Tomados* del 26 de julio de 2017, se ordena la reinstalación de la Sra. Arlene Zambrana Ortiz al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo